JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, against MAX AARON et al., Defendants.

JAMES F. BRUCE, Appellant and Respondent, and ROSE ROTH, Respondent and Appellant.

(Argued March 10, 1936; decided April 14, 1936.)

664

*Ralph M. Ketcham* and *William F. Clare, Jr.,* for James F. Bruce, appellant and respondent.

*Herman M. Schaap* for Rose Roth, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.